UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARILYN FRIEDMAN, ) | CASE NO. 09-cv-02869-LKK-DAD |
| Plaintiff, ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| NATIONS RECOVERY CENTER, INC. ) | |
| Defendant. ) | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: March 3, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER